**Order entered November 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01101-CV

## IN THE INTEREST OF T.A.S. AND C.W.S., CHILDREN

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-13-2197**

## ORDER

In her November 2, 2015 motion to extend time to file her brief, Mother informed the Court that a motion for new trial was heard and denied October 12, 2015, and that on the same day, the trial court signed findings of fact and conclusions of law.

We **ORDER** Kelly Ashmore, the District Clerk of Grayson County, to file a supplemental clerk's record containing the trial court's October 12, 2015 order denying Mother's motion for new trial and the trial court's findings of fact and conclusions of law **within five days of the date of this order**.

We **ORDER** Cindy Bardwell, court reporter for the 59th Judicial District Court, to file a supplemental reporter's record of the October 12, 2015 hearing on Mother's motion for new trial or written verification that the hearing was not recorded **within five days of the date of this order**.

/s/ MOLLY FRANCIS
   JUSTICE